# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER METZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-00775 JAR |
| ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the Court on the Commissioner's Motion to Reverse and Remand the case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 23).

On June 28, 2021, Plaintiff filed a Complaint seeking review of the Commissioner's decision that she was not under a disability within the meaning of the Social Security Act. (Doc. 1). The Commissioner filed her answer and the transcript of the administrative proceedings on September 8, 2021. (Docs. 12, 13). Plaintiff filed a brief in support of her complaint on February 7, 2022. (Doc. 22).

On March 1, 2022, the Commissioner filed the instant motion to reverse and remand the case to the Commissioner for further action under sentence four of § 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents in her motion that upon review of the record, agency counsel determined that remand was necessary for further

evaluation of Plaintiff's claim. The Commissioner states that "[o]n remand, the agency will obtain further evidence concerning Plaintiff's precise visual limitations, possibly including a consultative examination by an optometrist or ophthalmologist as the ALJ mentioned; . . . and issue a new decision." (Doc. 23 at 1).

Upon review of Plaintiff's brief in support of the complaint, the ALJ's decision, and the Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand (Doc. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion. A separate Judgement will accompany this Order.

Dated this 1st day of March, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**